[No. 33084-5-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES N. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00267-6, Paul D. Hansen, J., entered

June 23, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Cox, JJ.